CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 1 2 2016

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ARTHUR LEWIS,<br>  Petitioner, | Civil Action No. 7:15-cv-00662 |
| v. | **ORDER** |
| JOAN ZIGLAR,<br>  Respondent. | By: Hon. Jackson L. Kiser<br>    Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED without prejudice**; the motion for leave to proceed in forma pauperis is **DENIED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 12th day of January, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge